UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00120

**Chastity Jernigan,**
*Petitioner,*

v.

**Director, TDCJ-CID**
*Respondent.*

# ORDER

Petitioner Chastity Jernigan, proceeding pro se, filed this petition for a writ of habeas corpus. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

On August 22, 2024, the magistrate judge issued a report recommending that the petition be denied as time-barred and that the proceeding be dismissed with prejudice. Doc. 15. The magistrate judge further recommended that petitioner be denied a certificate of appealability sua sponte. A copy of this report was sent to petitioner at her last-known address. Petitioner neither filed objections nor communicated with the court.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Petitioner's petition is denied as time-barred, and this action is dismissed with prejudice. Petitioner is denied a certificate of appealability sua sponte.

*So ordered by the court on October 22, 2024.*

J. CAMPBELL BARKER
United States District Judge